THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BENJAMIN JOHN RODDEN**                                                                 **PLAINTIFF**

v.                                            Case No. 3:18-cv-00238-KGB

**GREENE COUNTY JAIL, Staff**                                                            **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Judge Kearney recommends that plaintiff Benjamin John Rodden's complaint be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Kearney's recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4). The Court dismisses without prejudice Mr. Rodden's complaint.

It is so ordered this 24th day of January, 2020.

Kristine G. Baker
United States District Judge