# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BENJAMIN JOHN RODDEN**                                                               **PLAINTIFF**

v.                        **Case No. 3:18-cv-00238-KGB**

**GREENE COUNTY JAIL, Staff**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Benjamin John Rodden's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 24th day of January, 2020.

                                                    Kristine G. Baker
                                                    United States District Judge